UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSSIE LEE SLAUGHTER, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C05-1692-JCC-JPD |
| ) | |
| v. ) | |
| ) | |
| KING COUNTY, ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR PRELIMINARY |
| Defendant. ) | INJUNCTIVE RELIEF |
| _____) | |

The Court, having reviewed Plaintiff's civil rights complaint, Plaintiff's motion for preliminary injunctive relief, the Report and Recommendation ("R&R") of Judge James P. Donohue, United States Magistrate Judge (Dkt. No. 63), Plaintiff's Objection to the R&R (Dkt. No. 65) and the remaining record, does hereby find and ORDER as follows.

Plaintiff's Objection does not address Judge Donohue's recommendation that this Court deny Plaintiff's motion for injunctive relief on grounds that "neither the institutions nor the individuals identified by Plaintiff in his motion for injunctive relief is a party to this action [and as such,] this Court has no jurisdiction to enjoin the conduct of those institutions or individuals." (R&R 2 (Dkt. No. 63).) Accordingly:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. No. 61) is DENIED.

ORDER

1     (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

2     defendants, and to the Honorable James P. Donohue.

3 DATED this 13th day of June, 2008.

```
                                    _____
                                    JOHN C. COUGHENOUR
                                    United States District Judge
```

26 ORDER